```
NICOLE LEIGHANN KEYS            CUSTOMER CARE GLOBAL            NELNET
30 CURTIS PAYTON LANE           2500 N HIGGINS RD               PO BOX 82561
COLLINS, MS 39428               STE 950                         LINCOLN, NE 68501
                                HOFFMAN ESTAT, IL 60169


THOMAS C. ROLLINS, JR.          FIRST DAY LOAN                  NISSAN MOTOR ACCEPTANC
THE ROLLINS LAW FIRM, PLLC      P.O. BOX 70                     POB 660366
P.O. BOX 13767                  SOLON, IA 52333                 DALLAS, TX 75266
JACKSON, MS 39236


21ST MORTGAGE CORP              FRANCISCAN MISSIONARIE          ONEMAIN
ATTN: BANKRUPTCY                P.O. BOX 679302                 PO BOX 1010
620 MARKET STREET               DALLAS, TX 75267                EVANSVILLE, IN 47706
KNOXVILLE, TN 37902


AFTERPAY                        GENERAL REVENUE CORPORATION     OPPLOANS
222 KEARNY ST #600              ATTN: BANKRUPTCY DEPT           P.O. BOX 5040
SAN FRANCISCO, CA 94103         P O BOX 495999                  FREDERICKSBURG, VA 2240
                                CINCINNATI, OH 45249


BARN MANAGEMENT GROUP           GENESIS FS CARD SERVICES        PLAZA SERVICES
P.O. BOX 648                    ATTN: BANKRUPTCY                303 2ND ST
MAYFIELD, KY 42066              PO BOX 4477                     STE 750
                                BEAVERTON, OR 97076             SAN FRANCISCO, CA 94107


CAPITAL ONE                     GEORGE KEYS                     POSSIBLE FINANCE
ATTN: BANKRUPTCY                42 CURTIS PAYTON LN             PO BOX 98686
P.O. BOX 30285                  COLLINS, MS 39428               LAS VEGAS, NV 89193
SALT LAKE CITY, UT 84130


CCB-INTEGRA                     INTERNAL REVENUE SERVI          REGIONAL FINANCE
120 S LASALLE ST                CENTRALIZED INSOLVENCY          979 BATESVILLE RD
CHICAGO, IL 60603               P.O. BOX 7346                   GREER, SC 29651
                                PHILADELPHIA, PA 19101-7346


COMMUNITY BANK                  INTERNAL REVENUE SERVI          RELIAS EMERGENCY MED
PO BOX 59                       C/O US ATTORNEY                 P.O. BOX 31037
FOREST, MS 39074                501 EAST COURT ST               CHARLOTTE, NC 28231
                                STE 4.430
                                JACKSON, MS 39201


CREDIT ONE BANK                 MCU HOLDINGS                    SEZZLE
6801 CIMARRON RD                7551 WILES RD                   ATTN: BANKRUPTCY
LAS VEGAS, NV 89113             POMPANO BEACH, FL 33067         700 NICOLLET MALL
                                                                STE 640
                                                                MINNEAPOLIS, MN 55402
```

```
SPOT LOANS
PO BOX 720
BELCOURT, ND 58316


SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327


STARMARK FINANCIAL LLC
800 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232
```