Certificate Number: 17082-MSS-DE-040214736

Bankruptcy Case Number: 25-51553



17082-MSS-DE-040214736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2025, at 2:13 o'clock PM MST, NICOLE L KEYS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 19, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director