SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: NICOLE LEIGHANN KEYS,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51553-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S
OBJECTION TO CONFIRMATION**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 16), and the Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified so that the Plan Payment will increase by $100.00 per month for remainder of case starting with the October 2029 monthly plan payment. This increase is due to Debtor's shed lease payment completing on or about that time. Additionally, due to Debtor just starting a new job around the time this case

–2–

was filed, Debtor agrees to provide the trustee with at least her next four paystubs for income verification.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net