United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51553-KMS |
| Nicole Leighann Keys | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 14, 2026 | Form ID: n031 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Leighann Keys, 30 Curtis Payton Lane, Collins, MS 39428-5904 |
| 5580332 | + | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 5576804 | + | Franciscan Missionarie, P.O. Box 679302, Dallas, TX 75267-9302 |
| 5576807 | + | George Keys, 42 Curtis Payton Ln, Collins, MS 39428-5904 |
| 5576815 | + | Plaza Services, 303 2nd St, Ste 750, San Francisco, CA 94107-1366 |
| 5576818 | + | Relias Emergency Med, P.O. Box 31037, Charlotte, NC 28231-1037 |
| 5579830 | + | St. Dominic Hospital, PO Box 677963, Dallas, TX 75267-7963 |
| 5576825 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5576795 | | Email/Text: ebn@21stmortgage.com | Jan 14 2026 19:32:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5576796 | ^ | MEBN | Jan 14 2026 19:28:45 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5576820 | | Email/Text: fwdbctl@spotloan.com | Jan 14 2026 19:32:43 | Spot Loans, PO Box 720, Belcourt, ND 58316 |
| 5576797 | + | Email/Text: legal@barnmanagementgroup.com | Jan 14 2026 19:32:00 | Barn Management Group, P.O. Box 648, Mayfield, KY 42066-0033 |
| 5576798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2026 19:42:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5582133 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2026 19:42:51 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5576799 | + | Email/Text: bankruptcynotice@integracredit.com | Jan 14 2026 19:32:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL 60603-3403 |
| 5576800 | + | Email/Text: lindsay.currie@communitybank.net | Jan 14 2026 19:32:00 | Community Bank, PO Box 59, Forest, MS 39074-0059 |
| 5576801 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2026 19:42:56 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5576802 | ^ | MEBN | Jan 14 2026 19:28:42 | Customer Care Global, 2500 N Higgins Rd, Ste 950, Hoffman Estat, IL 60169 |
| 5576808 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2026 19:32:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5606058 | + | Email/Text: opportunitynotices@gmail.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: n031 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 5601541 | + | Email/Text: bankruptcy@towerloan.com | Jan 14 2026 19:32:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| | | | Jan 14 2026 19:32:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5576805 | ^ | MEBN | Jan 14 2026 19:28:48 | General Revenue Corporation, Attn: Bankruptcy Dept, P O Box 495999, Cincinnati, OH 45249-5999 |
| 5576806 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 14 2026 19:32:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5576809 | + | Email/Text: ebone.woods@usdoj.gov | Jan 14 2026 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5604968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 19:42:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576811 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2026 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5576812 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 14 2026 19:32:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5595726 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 14 2026 19:32:00 | Nissan Motor Acceptance Corp., c/o Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5585134 | + | Email/Text: legal@barnmanagementgroup.com | Jan 14 2026 19:32:00 | Oak Hill Rentals, LLC, P.O. Box 648, Mayfield, KY 42066-0033 |
| 5586978 | + | Email/PDF: cbp@omf.com | Jan 14 2026 19:42:56 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5576813 | + | Email/PDF: cbp@omf.com | Jan 14 2026 19:42:54 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5576814 | + | Email/Text: opportunitynotices@gmail.com | Jan 14 2026 19:32:00 | OppLoans, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5576816 | | Email/Text: bankruptcy@possiblefinance.com | Jan 14 2026 19:32:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5602954 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2026 19:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5577306 | + | Email/Text: bankruptcy@regionalmanagement.com | Jan 14 2026 19:32:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5576817 | + | Email/Text: bankruptcy@regionalmanagement.com | Jan 14 2026 19:32:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5576819 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 14 2026 19:32:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Ste 640, Minneapolis, MN 55402 |
| 5586242 | | Email/Text: bankruptcy@springoakscapital.com | Jan 14 2026 19:32:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE 23327-1216 |
| 5576821 | | Email/Text: bankruptcy@springoakscapital.com | Jan 14 2026 19:32:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5576822 | | Email/Text: bankruptcies@starmarkfin.com | Jan 14 2026 19:32:00 | Starmark Financial Llc, 800 Fairway Drive, Deerfield Beach, FL 33441 |
| 5604645 | + | Email/Text: bncmail@w-legal.com | Jan 14 2026 19:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5576823 | | Email/Text: bankruptcy@towerloan.com | Jan 14 2026 19:32:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5584632 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2026 19:32:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: n031 | Total Noticed: 45 |

| 5576824 | ^ MEBN | | Jan 14 2026 19:28:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5576803 | | Email/Text: clientservices@firstdayloan.com | Jan 14 2026 19:32:00 | First Day Loan, P.O. Box 70, Solon, IA 52333 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5576810 | ##+ | MCU Holdings, 7551 Wiles Rd, Pompano Beach, FL 33067-2064 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nicole Leighann Keys trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51553−KMS
**Chapter:** 13

**In re:**

Nicole Leighann Keys
fka Nicole Keys Knight
30 Curtis Payton Lane
Collins, MS 39428

### Notice of Entry of Order Confirming Plan

The Court entered an Order on January 14, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: January 14, 2026                         Danny L. Miller, Clerk of Court