**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Nicole Leighann Keys, Debtor                    Case No. 25-51553-KMS
                                                          CHAPTER 13

**ORDER SUSPENDING PLAN PAYMENTS**

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan

Payments (DK #____), the Court having reviewed and considered the facts herein, and there being

no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is

granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that

are being paid through the plan are hereby suspended for June and July 2026 and that the Trustee

shall increase Debtor's plan payment as necessary to offset for the lost plan payment with

payments to resume in August 2026.  The Trustee is authorized to increase the Wage Order

accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS