United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-51553-KMS

Nicole Leighann Keys                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                    Page 1 of 1
Date Rcvd: Jun 16, 2026                 Form ID: pdf012                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID                 Recipient Name and Address**
db                      +  Nicole Leighann Keys, 30 Curtis Payton Lane, Collins, MS 39428-5904

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name                       Email Address**

Brian Christopher Wilson
                            on behalf of Trustee David Rawlings bwilson@rawlings13.net

David Rawlings
                            ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                            on behalf of Debtor Nicole Leighann Keys trollins@therollinsfirm.com
                            jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                            USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Nicole Leighann Keys, Debtor                    Case No. 25-51553-KMS
                                                          CHAPTER 13

### ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan

Payments (DK # 27), the Court having reviewed and considered the facts herein, and there being

no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is

granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that

are being paid through the plan are hereby suspended for June and July 2026 and that the Trustee

shall increase Debtor's plan payment as necessary to offset for the lost plan payment with

payments to resume in August 2026.  The Trustee is authorized to increase the Wage Order

accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS