**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**NICOLE LEIGHANN KEYS**
**aka Nicole L. Keys aka Nicole Keys Knight**

**BANKRUPTCY NO. 25-51553-KMS**
**Chapter 7**

---

**21st Mortgage Corporation** **Movant**

**VS.**

**Nicole Leighann Keys aka Nicole L. Keys**
**aka Nicole Keys Knight, Debtor, and**
**Derek A. Henderson, Trustee** **Respondents**

**MOTION FOR RELIEF FROM STAY**
**AND FOR OTHER RELIEF**

COMES NOW, 21st Mortgage Corporation (hereinafter "21st Mortgage") brings this Motion for Relief from Stay and for Other Relief as follows:

1. On or about October 16, 2025, Nicole Leighann Keys aka Nicole L. Keys aka Nicole Keys Knight ("Debtor") filed a petition for relief pursuant to Title 11 of the United States Code. This Court has jurisdiction over the parties and subject matter to this action pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 554, and 362. This is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2) (A), (G) and (O).

2. On June 16, 2021, Debtor executed a Consumer Loan Note, Security Agreement and Disclosure Statement ("Note") in the original principal amount of $70,252.00. A true and correct copy of said Note is attached hereto and made a part hereof and marked Exhibit "A".

3. 21st Mortgage is a secured creditor of the Debtor and holds a valid, duly perfected security interest in Debtor's 2021 Hamilton, Model No. 167632A manufactured home. Copies of documents supporting the debt and 21st Mortgage's security interest are attached to this motion.

4. No statement of Intent has been filed to date. 21st Mortgage has not received adequate protection as required by 11 U.S.C. §§ 361,362 and 363. Additionally, there is no equity in the

property for the benefit of Debtor or the Estate.

5. 21st Mortgage's collateral is burdensome and of inconsequential value and benefit to the Estate.

6. 21st Mortgage incurred significant costs and expenses because of the actions of the Debtors and request reimbursement of these cost and expenses in the plan totaling $649.00.

**WHEREFORE, PREMISES CONSIDERED,** 21st Mortgage Corporation requests the Court terminate the automatic stay of 11 U.S.C. § 362 to allow 21st Mortgage to proceed to enforce its security interest and repossess and liquidate its collateral, to order abandonment 21st Mortgage's collateral pursuant to 11 U.S.C. § 554, and that the stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure not apply. 21st Mortgage further requests reimbursement of attorney fees and costs in the amount of $649.00 to be included in the Plan. In the alternative, the Court is requested to grant such other relief as is necessary under the circumstances.

**DATED:** September 22, 2026.

Respectfully submitted,

21st Mortgage Corporation

BY: ______________________________
Edward E. Lawler, Jr.
Its Attorney

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Email: elawler@lawlerforeman.com

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS 39236

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Derek A. Henderson
Chapter 7 Trustee
1765-A Lelia Drive
Suite 103
Jackson, MS 39216

Nicole Leighann Keys aka Nicole L. Keys
aka Nicole Keys Knight
30 Curtis Payton Lane
Collins, MS 39428

by United States mail, postage prepaid, or by electronic notice, on September 22, 2026.

Edward E. Lawler, Jr.

TFMTG-B2015