**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
GULFPORT-6 **DIVISION**

IN RE: NICOLE LEIGHANN KEYS, DEBTOR

CHAPTER 7 PROCEEDING
CASE NO. 25-51553-KMS

MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FOR OTHER RELIEF

COMES NOW, Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation, a party in interest in this cause, by and through its attorney, and moves this Court to lift the automatic stay as to certain property of the Debtor, and for other relief, and in support of said motion would respectfully show unto the Court the following to wit:

I.

That on or about September 18, 2026, the above-named Debtor filed a voluntary petition in Bankruptcy pursuant to 11 U.S.C. Chapter 7, listing Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation as a secured creditor. By operation of 11 U.S.C. 362, the Plaintiff is prohibited from commitment of any judicial proceeding against the Defendant, any act to obtain possession of property of the estate, or any act to enforce any lien against the property of the estate.

II.

That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 362.

III.

That on or about May 22, 2023, Nicole Keys, did execute a certain Note and Deed of Trust, did execute a certain Installment Contract in favor of Gray-Daniels Nissan Brandon, and assigned to National Bankruptcy Services, LLC and secured by the following personal property:

**2023 Nissan Altima VIN:1N4BL4DV4PN393789**

A copy of said Installment Contract attached hereto as an Exhibit 1 as though fully copied herein.

IV.

That value of the subject property is $19,375.00 according to J.D. Power report attached as Exhibit 2. The loan is currently due for June 28, 2026 through September 28, 2026 payments, total arrears of $3,399.45. Payoff balance is $41,117.60, as of October 7, 2026.

Plaintiff would show that sufficient cause exists for the termination, annulment or modification of the automatic stay as provided in 11 U.S.C.362 (d) (1) because of the failure of the Defendant to make the payments set forth above. Plaintiff would urge the Court to terminate, modify or lift the automatic stay and abandon the subject property from the estate of the Debtor, so as to allow the Plaintiff to pursue all remedies available to it under the terms and conditions of said Installment Contract, and applicable state law, including initiation of repossession proceedings. Plaintiff further asks for attorney fees and court costs incurred. Plaintiff also requests that the 14-day stay imposed by FRBP 4001(a)(3) be waived.

WHEREFORE, PROPERTY CONSIDERED, Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation files this Motion and prays that the automatic stay afforded by 11 U.S.C. 362 be terminated, modified or lifted, after notice and hearing, so as to allow Plaintiff to pursue its remedies and to initiate repossession proceedings against the property which is subject to said Installment Contract, and for attorney's fees and costs incurred. Plaintiff also requests that the 14-day stay imposed by FRBP 4001(a)(3) be waived.

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Wilkin Hensarling

William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
Attorney for Creditor

**MFR BREAKDOWN**

In Re: Nicole Leighann Keys

BK Case #: 25-51553-KMS Chapter 7

LLG FILE #: 26-032317

| | | | | | |
|---|---|---|---|---|---|
| 6/2026 - 6/2026 | No. of Months 1 | X Monthly Payment of | $849.78 | = | $849.78 |
| 7/2026 - 9/2026 | No. of Months 3 | X Monthly Payment of | $849.89 | = | $2,549.67 |
| TOTAL | | | | = | $3,399.45 |

**CERTIFICATE OF SERVICE**

I, Wilkin Hensarling , of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing Motion for Relief either by electronic case filing or by United States mail postage pre-paid to the following:

Derek A. Henderson, Chapter 7 Trustee
trustee@derekhendersonlaw.com

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Nicole Leighann Keys
30 Curtis Payton Lane
Collins, MS 39428

**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201

Dated: 10/16/2026

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Wilkin Hensarling
William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-51553-KMS