**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
GULFPORT-6 **DIVISION**

IN RE: NICOLE LEIGHANN KEYS, DEBTOR

CHAPTER 7 PROCEEDING
CASE NO. 25-51553-KMS

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
DOCKET NO. ____________

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation, and the Court finds that the Debtor, Nicole Leighann Keys, has failed to respond to plaintiff's Motion.

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation to pursue all remedies available to it under the applicable state law against Debtor's property described as follows:

**2023 Nissan Altima, VIN: 1N4BL4DV4PN393789**

Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtor conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

**##END OF ORDER##**

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-51553-KMS