**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISION**

IN RE: Nicole Leighann Keys fka Nicole Keys Knight

CHAPTER 7 PROCEEDING
CASE NO. 25-51553-KMS

MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FOR OTHER RELIEF

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Nissan Motor Acceptance Company, LLC, fka Nissan Motor Acceptance Corporation,** a

- ☒ Party to a contested matter Miss. Bankr. L.R. 9014-1(c)
- ☐ Corporate Debtor FRBP 1007(a)(1)
- ☐ Corporate Petitioner of an involuntary petition FRBP 1010(b)
- ☐ Alleged Corporate Debtor FRBP 1011(f)

Make the following disclosure(s):

Nissan North America, Inc. (NNA) 100% direct ownership Nissan Motor Co., Ltd. 100% indirect ownership (as parent company)

Date: 10/16/2026

/s/ Wilkin Hensarling
Attorney Signature
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-02922-JAW

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**