# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51553 **Case Name:** Nicole Leighann Keys

**Set:** 11/05/2026 09:30 am **Chapter:** 7 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2021 Hamilton, Model No. 167632A manufactured home. ., Motion to Compel Abandonment . Motion for Adequate Protection Filed by Creditor 21st Mortgage Corporation (Attachments: # 1 Exhibit A - Agreement and Title) (Dkt. #41)

---

Minute Entry Re: (related document(s): [41] Motion for Relief From Stay filed by 21st Mortgage Corporation) A no response order has been submitted by Lawler. Hearing removed. Tickle for date: 11/12/2026. (mcc)