**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY CASE NO. 25-51553-KMS**
**NICOLE LEIGHANN KEYS**
**AKA NICOLE L. KEYS**
**AKA NICOLE KEYS KNIGHT**

# ORDER

**THIS MATTER** having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 41] filed on behalf of the creditor, 21st Mortgage Corporation ("21st Mortgage") represented to the Court that the Motion was filed in accordance with all applicable rules and no response was filed. The Court having considered same with regard to the property, a 2021 Hamilton, Model No. 167632A manufactured home, the Court does hereby find and order as follow:

**THAT** 21st Mortgage's Motion is granted.

**THAT** the automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit 21st Mortgage to proceed in exercising any and all of its rights and interests relating thereto, including but not limited to repossessing, foreclosing or otherwise realizing upon 2021 Hamilton, Model No. 167632A manufactured home(hereinafter "Collateral"); bringing any action as may be necessary to put 21st Mortgage and/or persons acting on its behalf in full and complete possession of the Collateral; and taking any and all other actions

consistent with repossession or foreclosure of the Collateral.

**THAT** the Collateral be, and it is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

**THAT** the terms of this Order shall be applicable upon conversion of this case to any other Chapter under the Bankruptcy Code, and shall be binding upon any successor trustee of the Debtor.

#End of Order#

Submitted by:

______________________________________

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler @lawlerforeman.com