United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51553-KMS
Nicole Leighann Keys Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad 
Date Rcvd: Nov 13, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Nicole Leighann Keys, 30 Curtis Payton Lane, Collins, MS 39428-5904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Eric C Miller | on behalf of Creditor Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nicole Leighann Keys trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Wilkin Gray Hensarling
on behalf of Creditor Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation
whensarling@logs.com, logsecf@logs.com

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY CASE NO. 25-51553-KMS**
**NICOLE LEIGHANN KEYS**
**AKA NICOLE L. KEYS**
**AKA NICOLE KEYS KNIGHT**

# ORDER

**THIS MATTER** having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 41] filed on behalf of the creditor, 21st Mortgage Corporation ("21st Mortgage") represented to the Court that the Motion was filed in accordance with all applicable rules and no response was filed. The Court having considered same with regard to the property, a 2021 Hamilton, Model No. 167632A manufactured home, the Court does hereby find and order as follow:

**THAT** 21st Mortgage's Motion is granted.

**THAT** the automatic stay of 11 U.S.C. § 362 be, and it is hereby, lifted, terminated and annulled as to the Debtor, so as to permit 21st Mortgage to proceed in exercising any and all of its rights and interests relating thereto, including but not limited to repossessing, foreclosing or otherwise realizing upon 2021 Hamilton, Model No. 167632A manufactured home(hereinafter "Collateral"); bringing any action as may be necessary to put 21st Mortgage and/or persons acting on its behalf in full and complete possession of the Collateral; and taking any and all other actions

consistent with repossession or foreclosure of the Collateral.

**THAT** the Collateral be, and it is hereby, abandoned from the Bankruptcy estate pursuant to 11 U.S.C. § 554.

**THAT** the terms of this Order shall be applicable upon conversion of this case to any other Chapter under the Bankruptcy Code, and shall be binding upon any successor trustee of the Debtor.

#End of Order#

Submitted by:

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler @lawlerforeman.com